

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, KEVIN CARLISLE,<br><br>    Relator/Qui tam Plaintiffs,<br><br>v.<br><br>PACIFIC AMBULANCE, *et al.*,<br><br>    Defendants. | Civil No. 09cv2628 L (BLM)<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT LYNCH AMBULANCE [doc. #17]**<br><br><u>**FILED UNDER SEAL**</u> |

    On the motion of the Relator Kevin Carlisle, with the agreement of the United States, and good cause appearing, **IT IS ORDERED** dismissing only Lynch Ambulance from this action.

**IT IS SO ORDERED.**

DATED: June 28, 2012

                                        M. James Lorenz
                                        United States District Court Judge

COPY TO BE SERVED ONLY ON:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

JOSEPH PRICE, ESQ.
UNITED STATES ATTORNEY'S OFFICE
940 FRONT STREET
SAN DIEGO, CA 92101

| | |
|---|---|
| 1 | BRETT VOTAVA, ESQ. |
| | BARTIMUS, FRICKLETON, ROBERTSON & GORNY, PC |
| 2 | 715 SWIFTS HIGHWAY |
| | JEFFERSON CITY, MO 65109 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |