# SEALED

FILED

14 FEB 27 PM 2: 24

DS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN CARLISLE, | Case No.: 09cv2628-L (BLM) |
| Plaintiffs, | ORDER FOR PARTIAL DISMISSAL OF THE ACTION AS TO DEFENDANTS BOWERS COMPANIES, INC., and PACIFIC AMBULANCE, INC. |
| v. | |
| PACIFIC AMBULANCE, et al., Defendants. | **FILED UNDER SEAL** |

Pursuant to the Joint Motion for Partial Dismissal filed by the Relator and the United States, and for good cause shown, **IT IS HEREBY ORDERED** that:

1.     The relator dismisses Bowers Ambulance, Inc., and Pacific Ambulance, Inc., with prejudice as to himself; and

2.     The United States dismisses with prejudice the claims against Bowers and Pacific for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Relator and Rural/Metro Corporation as successor to Bowers and Pacific, effective December 9, 2013, and otherwise dismisses the action against defendants Bowers and Pacific without prejudice to the United States.

//
//
//
//
//
//
//

1    **IT IS SO ORDERED.**

2

3    DATED:  2/27/14                              HON. M. JAMES LORENZ
                                                  United States District Judge
4

5    cc:    Counsel for the United States
            Counsel for the relator
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09CV2628