UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* KEVIN CARLISLE,<br><br>　　　　Relator/Qui tam Plaintiffs,<br><br>v.<br><br>PACIFIC AMBULANCE, *et al.*,<br><br>　　　　Defendants. | Civil No. 09cv2628 L (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [doc. #46]**<br><br>**FILED UNDER SEAL** |

　　　　Pursuant to the Joint Motion for Dismissal filed by the Relator and the United States, and for good cause shown, **IT IS HEREBY ORDERED** that:

　　　　1.　　The relator dismisses Balboa Ambulance Service, with prejudice as to himself; and

　　　　2.　　The United States dismisses with prejudice the claims against Balboa Ambulance Service, for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Relator and Care, effective April 24, 2015, and otherwise dismisses the action against defendant Balboa without prejudice to the United States.

　　　　**IT IS SO ORDERED.**

DATED: May 7, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Court Judge

09cv2628